EDWIN C. REEVES, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Reeves v. N. Y. C. & H. R. R. R. Co.,* 114 App. Div. 907, affirmed.
(Argued April 23, 1908; decided May 19, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 11, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to obtain the restoration of a crossing under the tracks of defendant's railroad and for damages resulting from its discontinuance.

*Edward Harris, Jr.,* for appellant.

*H. R. Durfee* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.